

January 31, 2025

**Mariah L. Passarelli**
Direct Phone  412-620-6502
Direct Fax     412-275-2368
mpassarelli@cozen.com

**VIA ECF**

Hon. Nelson S. Roman
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2025
```

**Re:    H. Wulk v. New York Medical College School of Medicine**
          **USDC SDNY Case No. 7:24-cv-007845**

Dear Judge Nelson:

We are the attorneys for the Defendant in the above-referenced matter. Pursuant to this Court's individual rules, we are writing to request to extend the time to file an Answer to the Amended Complaint. The response to the Complaint is currently due on or before February 6, 2025. The Parties have conferred and agree to extend the time for Defendant to file a response to Plaintiffs' Complaint to on or before February 20, 2025. Although Defendant previously requested an extension of time to respond to the original Complaint, this is the first request by the parties for an extension of time with respect to the Amended Complaint, and no other deadlines will currently be affected.

This request is based upon both the press of business for defense counsel (who has multiple depositions and mediations scheduled in the first two weeks of February), as well as to afford Defendant sufficient time to review the Answer to the Amended Complaint.

The Court's consideration is appreciated.

Sincerely,

COZEN O'CONNOR

*Mariah L. Passarelli*

By:    Mariah L. Passarelli

MLP:dkh

cc:    David John Hommel

**MEMO ENDORSED**

Defendant's assented to request is granted. Defendant shall file a response to the Complaint on or before February 20, 2025. Defendant's motion to dismiss is DENIED as moot in light of Plaintiff's filing an Amended Complaint. The Defendant also needs to seek leave of Court prior to filing such a motion. The Clerk of Court is kindly directed to terminate the motions at ECF Nos. 12 and 16.
Dated: February 3, 2025
       White Plains, NY

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge

LEGAL\75439761\1

One Oxford Centre    301 Grant Street    41st Floor    Pittsburgh, PA 15219
412.620.6500    412.275.2390 Fax    cozen.com