UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Hannah Wulk**,

Plaintiff,
v.

**New York Medical College**,

Defendant.

**Case No.: 24-CV-7845 (NSR)**

## Pro Se Statement Regarding Proposed Settlement

To the Honorable Court:

I am the plaintiff in the above-captioned case. I respectfully submit this statement for inclusion in the record.

At present, I am being encouraged to settle this matter under conditions that I do not believe fairly represent my interests. Due to deteriorated representation and a lack of viable legal alternatives, I am facing pressure to resolve this case quickly to avoid reputational harm or procedural disadvantage, despite serious reservations about the proposed terms.

I wish to make the Court aware that, while I remain cooperative and respectful of all proceedings, this potential settlement is not one I view as freely negotiated. I submit this statement in good faith and without intent to delay resolution, but rather to ensure that these concerns are noted for the record.

Respectfully,

Hannah Wulk

2800 SW 27th Terr Apt 915
Miami, FL 33133
hannahnicolewulk@gmail.com
561-706-7732