

August 5, 2025

**VIA ECF**

**Mariah L. Passarelli**
Direct Phone  412-620-6502
Direct Fax     412-275-2368
mpassarelli@cozen.com

Hon. Nelson S. Roman
U.S. District Court for the Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:   H. Wulk v. New York Medical College School of Medicine**
        **USDC SDNY Case No. 7:24-cv-007845**

Dear Judge Roman:

As you know, my firm represents the Defendant in the above-referenced action. I write to respectfully request leave to enter a new Case Management Plan in light of the Court's August 4, 2025, decision granting Mr. Hommel's Motion for Withdrawal (ECF No. 27).

The reason for this request is that the parties were engaged in good faith settlement discussions and the Court had not yet entered the proposed Case Management Plan, so the parties had agreed to stay discovery until both of those issues resolved. However, given the Court's permission for Mr. Hommel's withdrawal as counsel, Defendant anticipates proceeding with discovery and respectfully requests permission to submit a new Case Management Plan with updated (viable) deadlines.

The Court's consideration is appreciated.

Respectfully submitted,

COZEN O'CONNOR

By:    Mariah L. Passarelli

MLP

LEGAL\78821190\1