USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/26/2025__

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**Jane Doe (pseudonym),**

Pro-Se Plaintiff,

v.

Case No. 7:24-cv-07845-NSR

**New York Medical College School of Medicine**

Defendants.

### MOTION FOR APPOINTMENT OF COUNSEL ON AN EMERGENCY BASIS

Plaintiff, pro se, respectfully requests appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1).

Grounds:

1. I am indigent (see attached Motion to Proceed IFP).

2. This case involves complex ADA, Title IX, and federal education law issues.

3. Defendant is represented by experienced counsel; I am at a severe disadvantage.

4. OCR (U.S. Department of Education, Office for Civil Rights) has recently reopened an investigation into related facts, confirming the seriousness of the issues.

5. I cannot meaningfully litigate while completing medical school clerkships and residency applications. Without counsel, I risk dismissal based on technical/procedural grounds.

Relief Requested:

*MEMO ENDORSED*

I respectfully request the Court appoint counsel from its pro bono panel or refer this case to emergency pro bono placement.

Dated: September 20, 2025

Miami, FL

Respectfully submitted,

/s/ Jane Doe

Jane Doe (pseudonym)

Pro Se Plaintiff

Miami, FL

[Contact information on file with the court]

The Court is in receipt of pro se Plaintiff's letter, requesting Appointment of Counsel on an Emergency Basis dated September 20, 2025. The Court DENIES Plaintiff's request without prejudice to renew for lack of cause.

Additionally, Plaintiff's Motion to Proceed Under Pseudonym and File Records Under Seal has not been submitted on the docket; therefore, the Court cannot review this motion. The Clerk of Court is directed to mail a copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket. The Clerk of Court is directed to terminate the motion at ECF No. 31.

Dated: September 26, 2025
     White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge