MEMO ENDORSED

**EXHIBIT D**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **HANNAH WULK,** | ) | |
| | ) | **Civil Action No.: 24-7845** |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | |
| | ) | |
| **NEW YORK MEDICAL COLLEGE SCHOOL OF MEDICINE,** | ) | |
| | ) | |
| **Defendant.** | ) | **Jury trial demanded.** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1), Plaintiff Hannah Wulk, pro se, and Defendant New York Medical College, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions, if any, submitted in this action.

Signed by:
Hannah Wulk
52160DCD442D474...
Hannah Wulk

COZEN O'CONNOR

*s/Mariah L. Pasarelli*

Mariah Passarelli
Janice Sued Agresti
3 WTC 175 Greenwich Street
New York, NY 10007
(412) 620-6502
(212) 453-3978
mpassarelli@cozen.com
jagresti@cozen.com
Defendant
New York Medical College School of Medicine

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/2026

**Dated: White Plains, NY**
**February 19, 2026**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



LEGAL\81546003\2